

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Maximillion Nicholas Moreno, Appellant

No. 06-19-00012-CR       v.

The State of Texas, Appellee

Appeal from the 22nd District Court of Hays County, Texas (Tr. Ct. No. CR-14-0604). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Maximillion Nicholas Moreno, pay all costs of this appeal.

RENDERED FEBRUARY 26, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk